```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 27572
   PHYLLIS J HAMPTON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7956
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 08/31/2005 and was confirmed 12/01/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

The case was paid in full 12/22/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GREAT AMERICAN FINANCE | SECURED | 1200.00 | 99.32 | 1200.00 |
| PHILLIP D LEVEY | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICASH | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | 2088.19 | .00 | 2088.19 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 251.76 | .00 | 251.76 |
| MELVIN J KAPLAN | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 435.37 |
| DEBTOR REFUND | REFUND | | | 354.00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 7,128.64 | |
| PRIORITY | | .00 |
| SECURED | | 1,200.00 |
|    INTEREST | | 99.32 |
| UNSECURED | | 2,339.95 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 435.37 |
| DEBTOR REFUND | | 354.00 |
| TOTALS | 7,128.64 | 7,128.64 |

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 27572 PHYLLIS J HAMPTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                          /s/ Tom Vaughn

Dated: 03/05/09                                        _____
                                                                TOM VAUGHN
                                                                CHAPTER 13 TRUSTEE